No. 17,218.

## WILKINS *v.* HARE.

From the Marion Circuit Court.

*Julian & Julian*, for appellant.

JORDAN, J.—The same question is involved in this appeal as was in the case of appellant against Hyde et al., 142 Ind. 260, and upon the authority of that decision the judgment in this cause is affirmed.

Filed October 16, 1895.